## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| Limale Ba, | Court File No. 24-cv-03146 (ADM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Delta Air Lines, Inc. | |
| Defendant. | |

Based upon the parties' Joint Stipulation to Dismiss with Prejudice,

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE and judgment will be entered. Each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 5, 2024

s/Ann D. Montgomery<br>
Honorable Judge Ann D. Montgomery<br>
U.S. District Judge